UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBRARY RIGHTS COMPANY (UK) LTD., a United Kingdom company,<br><br>                Plaintiff,<br><br>                -against-<br><br>MIRAMAX, LLC, a Delaware limited liability company; MIRAMAX FILM CORP., a Delaware corporation; MIRAMAX FILM NY, LLC, a New York limited liability company; ERPFC RELEASING, INC., a California corporation; EDWARD R. PRESSMAN FILM CORPORATION, a Delaware corporation; DOES 1-20,<br><br>                Defendants. | Civil Action No.: 1:20-cv-09396 (AT)<br><br>ECF CASE |

## DEFENDANT MIRAMAX FILM CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Miramax Film Corp. ("Miramax") makes the following disclosures through its undersigned counsel:

Currently Miramax is unaware of any parent or publicly held corporation owning ten percent or more of its stock.  Should Miramax obtain additional facts regarding this disclosure, Miramax will update the Court accordingly.

Dated:  Los Angeles, California
            February 8, 2021

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ John M. Gatti

John M. Gatti (admitted *pro hac vice*)
Lauren J. Fried (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-Mail: jgatti@manatt.com; lfried@manatt.com

*Miramax Film Corp.*