UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBRARY RIGHTS COMPANY (UK) LTD., a United Kingdom company,<br><br>Plaintiff,<br><br>-against-<br><br>MIRAMAX, LLC, a Delaware limited liability company; MIRAMAX FILM CORP., a Delaware corporation; MIRAMAX FILM NY, LLC, a New York limited liability company; ERPFC RELEASING, INC., a California corporation; EDWARD R. PRESSMAN FILM CORPORATION, a Delaware corporation; DOES 1-20,<br><br>Defendants. | Civil Action No.: 1:20-cv-09396 (AT)<br><br>ECF CASE |

# DEFENDANT MIRAMAX FILM NY, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Miramax Film NY, LLC ("Miramax") makes the following disclosures through its undersigned counsel:

Miramax is a New York limited liability company. It is not a publicly held corporation, its parent company is MMX Media Finance, LLC, no publicly held company owns ten percent or more of its shares.

Dated: Los Angeles, California
       February 8, 2021

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ John M. Gatti

John M. Gatti (admitted *pro hac vice*)
Lauren J. Fried (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-Mail: jgatti@manatt.com; lfried@manatt.com

*Attorneys for Miramax Film NY, LLC*