USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LIBRARY RIGHTS COMPANY (UK) LTD.,
*a United Kingdom limited company,*

              Plaintiff,

              -v-

MIRAMAX, LLC, *a Delaware limited liability company*, et al.

              Defendants.
------------------------------------------------------------------X

**ORDER**

20-CV-9396 (AT) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    As discussed at the settlement conference yesterday, the parties should continue their settlement discussions and provide a status update to the Court **no later than April 16, 2021** by emailing a joint letter to CottNYSDChambers@nysd.uscourts.gov**.**

    **SO ORDERED.**

Dated: March 26, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge